UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS TRAVION LAND,<br><br>    Plaintiff,<br><br>    v.<br><br>S. RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 18-cv-07365-RS (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DIRECTING DEFENDANTS TO PROVIDE TRANSCRIPTS TO PLAINTIFF;**<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This federal civil rights action was dismissed because mail sent by the Court to plaintiff was returned as undeliverable. (Dkt. No. 65.) Since dismissal, plaintiff has been in contact with the Court and has filed a motion to reopen. (Dkt. No. 67.) The motion is GRANTED and the action is REOPENED. The Clerk shall modify the docket to reflect this. The judgment and the order of dismissal are VACATED.

    Plaintiff requests transcripts of depositions of Kerns, Jackson, and Alkebu-Lan. (Dkt. No. 68.) Defendants have indicated they are willing to comply, but require a court order to do so. (Dkt. No. 70.) Plaintiff's motion is GRANTED. Defendants are ordered to provide plaintiff transcripts of those depositions.

    On or before **May 23, 2022**, defendants shall file a dispositive motion regarding the cognizable claims in this suit. Plaintiff shall file an opposition to defendants' motion within 45 days after defendants' motion is filed. Defendants shall file a reply within 30 days after plaintiff's opposition is filed. The Clerk shall terminate all pending motions.

    **IT IS SO ORDERED.**

**Dated:** January 19, 2022

                                                      RICHARD SEEBORG<br>                                                 Chief United States District Judge